**UNITED STATES COURT OF INTERNATIONAL TRADE**                    **FORM 3**

| Severstal Export GmbH and PAO Severstal, | |
|---|---|
| Plaintiffs, | |
| v. | **S U M M O N S**<br>**CIT NO. 17-00209** |
| United States, | |
| Defendant. | |

**TO:**   The Attorney General, the U.S. Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



                                                  **/s/ Tina Potuto Kimble**
                                                  Clerk of the Court

---

1.   Name and Standing of Plaintiffs

The names of the Plantiffs are Severstal Export GmbH and PAO Severstal (Collectively "Severstal").  Severstal is a foreign producer/exporter of subject merchandise (*i.e.* certain hot-rolled steel flat products from the Russian Federation) subject to the final determination being challenged in this action.  Therefore, Plaintiff Severstal is an "interested party" within the meaning of 19 U.S.C. §§ 1677(9)(A) and 1516a(f)(3), and 28 U.S.C. § 2631(k)(1).  Plaintiff Severstal also fully participated in the underlying administrative proceeding that lead to the determination being challenged.  Accordingly, Plaintiff is a "party to the proceeding" and has standing to commence this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).
(name and standing of Plaintiff)

2.   Brief Description of Contested Determination

Plaintiff Severstal contests the factual findings and legal conclusions issued by the U.S. Department of Commerce ("Department") in the final results of the administrative review of the antidumping duty order on certain hot-rolled carbon steel flat products from the Russian Federation covering shipments of subject merchandise during the time period December 19, 2014 through November 30, 2015 (case no. A-821-809).  *See Certain Hot-Rolled Carbon Steel Flat Products From the Russian Federation: Final Results of Antidumping Duty Administrative Review*; 2014-2015, 82 Fed. Reg. 31559 (July 7, 2017)

("Final Results") and accompanying Issues and Decision Memorandum dated June 30, 2017 ("Final Decision Memo").

3.  Date of Determination

    The Department's above-referenced Final Results of Antidumping Duty Administrative Review was issued on June 30, 2017, and published in the Federal Register on July 7, 2017. *See* 82 Fed. Reg. 31559. The Department's Final Decision Memo was issued on June 30, 2017.

4.  If applicable, date of publication in Federal Register of notice of contested determination

    The Department's above-referenced Final Results of Antidumping Duty Administrative Review was published in the Federal Register on July 7, 2017. *See* 82 Fed. Reg. 31559. The Department's Final Decision Memorandum was not published in the Federal Register                                                                                                 .

        Daniel Cannistra, Esq.
        Robert L. LaFrankie
        Benjamin Blase Caryl, Esq.

        Crowell & Moring LLP
        1001 Pennsylvania Avenue, N.W.
        Washington, D.C.  20004-2595
        Tel: (202) 624-2500
        Email: dcannistra@crowell.com (Daniel Cannistra)
               rlafrankie@crowell.com (Robert LaFrankie)
               bcaryl@crowell.com (Benjamin Blase Caryl)

        Counsel for PAO Severstal and Severstal Export GmbH

*/s/ Daniel Cannistra*
_____
Signature of Plaintiffs' Attorney

August 4, 2017
_____
        Date

## SERVICE OF SUMMONS BY THE CLERK

This is an action described in 28 U.S.C. § 1581(c) to contest a determination listed in section 516A(a)(2) of the Tariff Act of 1930, as amended (19 U.S.C. § 1516a(a)(2)). Pursuant to Rule 3(a)(2), this action is commenced by filing a summons only. Pursuant to Rules 4(a)(1) and (4), the Clerk of the Court is requested to make service of the summons on each of the following named defendants:

**UPON THE UNITED STATES:**
Chad A. Readler
Acting Assistant Attorney
General International Trade Field
Office
U.S. Department of Justice
National Courts Branch
Room 346
26 Federal Plaza
New York, NY 10278

Jeanne Davidson
Director
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20530

**UPON THE DEPARTMENT OF COMMERCE:**
Michelle O. McClelland
Assistant General Counsel for Administration and Transaction, performing the non-exclusive duties of the General Counsel
U.S. Department of Commerce
Mail Stop 5875 HCHB
14th and Constitution Avenue, NW
Washington DC 20230

John D. McInerney
Chief Counsel
Office of the Chief Counsel for Trade Enforcement and Compliance
International Trade Administration
U.S. Department of Commerce
1401 Constitution Ave., NW
Washington, DC 20230